UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-56M** |
| | : | |
| v. | : | |
| | : | |
| **SANDRA CHESTON,** | : | |
|      **Defendant.** | : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Julieanne Himelstein, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____

Julieanne Himelstein
Assistant United States Attorney
Federal Major Crimes, Bar No. 417136
555 4th Street, NW, Room 4832
Washington, DC 20530
(202) 514-8203

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing notice has been mailed, first class, postage prepaid, to **[INSERT NAME AND ADDRESS OF THE PARTIES]**, this _____ day of **[INSERT MONTH]**, 2005.

 

_____
**[INSERT NAME OF AUSA FILING THIS NOTICE]**
Assistant United States Attorney